```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CHRISTINA HUA (CSBN 185358)
   Assistant United States Attorney
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-7534
      FAX: (415) 436-7234
7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0430-MHP |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME** |
| TONY CHENG, ) | |
| Defendant. ) | |

The defendants came before Magistrate Judge Nandor Vadas for arraignment and initial appearance on July 11, 2006. The matter was set over to July 24, 2006 before the Honorable Marilyn Hall Patel for a status hearing. The parties agreed, and the Court found, that the time between July 11, 2006 and July 24, 2006 is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). Defense attorney Garrick S. Lew is unavailable to work on the case during this period in question and the parties agree that the continuance from July 11, 2006 to July 24, 2006 is necessary for purposes of continuity of defense counsel. The parties agree that the ends of justice are served by granting the requested continuance outweigh the best interest of of the public and the defendants in a speedy trial.

DATED: July 24, 2006             /S/ Christina Hua
                                 CHRISTINA HUA
                                 Assistant United States Attorney

DATED: July 24, 2006          /S/ Garrick S. Lew
                                         GARRICK S. LEW
                                         Counsel for Tony Cheng

## ORDER

For the foregoing reasons, and as stated on the record at the July 11, 2006 hearing in this matter, the Court HEREBY ORDERS the period between July 11, 2006 and July 24, 2006 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the need for continuity of defense counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: 8/2/06                          _____
                                           NANDOR VADAS
                                           United States Magistrate Judge