1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CHRISTINA HUA (CSBN 185358)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7534
       FAX: (415) 436-7234
7  Attorneys for Plaintiff

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,        )      No. CR 06-0430-MHP
                                     )
13          Plaintiff,                )
                                     )      **STIPULATION AND**
14      v.                            )      **[PROPOSED] ORDER REGARDING**
                                     )      **EXCLUSION OF TIME**
15  TONY CHENG,                      )
                                     )
16          Defendant.                )
                                     )
17  _____

   The defendant came before the Honorable Marilyn Hall Patel for an initial status hearing on
18
   July 24, 2006.  The matter was set over to September 5, 2006 at 10 a.m. before the Honorable
19
   Marilyn Hall Patel for a status hearing.  The parties including the defendant agreed, and the Court
20
   found, that the time between July 24, 2006 and September 5, 2006, is properly excluded under
21
   the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv).  The
22
   parties agree that the continuance from July 24, 2006 to September 5, 2006 is necessary for
23
   purposes of continuity of defense counsel and to allow defense counsel the reasonable time
24
   necessary for effective preparation, taking into account the exercise of due diligence.  The parties
25
   agree that the ends of justice are served by granting the requested continuance, and the requested
26
   continuance outweighs the best interest of of the public and the defendant in a speedy trial.
27

28
   DATED: 07/26/06                        /s/ Christina Hua
                                          CHRISTINA HUA
                                          Assistant United States Attorney

1  DATED: 08/02/06 /s/ Garrick S. Lew
2  GARRICK S. LEW
   Counsel for Tony Cheng

### ORDER

For the foregoing reasons, and for the reasons stated on the record at the July 24, 2006 hearing in this matter, the Court HEREBY ORDERS the period between July 24, 2006 and September 5, 2006 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the need for continuity of defense counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: 8/28/2006



MARILYN HALL PATEL
United States District Judge