KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

CHRISTINA HUA (CSBN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0430-MHP |
|     Plaintiff, ) | |
|   v. ) | **STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME** |
| TONY CHENG, ) | |
|     Defendant. ) | |

The defendant came before the Honorable Marilyn Hall Patel for a status hearing on September 5, 2006. The matter was set over to October 2, 2006 at 10 a.m. before the Honorable Marilyn Hall Patel for the entry of guilty plea. The parties including the defendant agreed, and the Court found, that the time between September 5, 2006 and October 2, 2006, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(I), (h)(8)(A) and (h)(B)(iv), as stated in Court and in the stipulation. The parties agree that the continuance from July 24, 2006 to September 5, 2006 is necessary for purposes of continuity of defense counsel and to allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Defense attorney needs the time to meet with his client in order to effectively prepare the case, and will also be unavailable for a portion of the time to work on the case given his other commitments. Furthermore, the delay is

necessary for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the Government.  The parties agree that the ends of justice are served by granting the requested continuance, and the requested continuance outweighs the best interest of of the public and the defendant in a speedy trial.

DATED: September 6, 2006        /S/ Christina Hua
                                CHRISTINA HUA
                                Assistant United States Attorney

DATED: September 6, 2006        /S/ Garrick S. Lew
                                GARRICK S. LEW
                                Counsel for Tony Cheng

ORDER

For the foregoing reasons, and for the reasons stated on the record at the September 5, 2006 hearing in this matter, the Court HEREBY ORDERS the period between September 5, 2006 and October 2, 2006 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(1)(I), (h)(8)(A) and (h)(B)(iv).  The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the need for continuity of defense counsel.  Time is also excluded to allow the Court time to consider a proposed plea agreement to be entered into by the defendant and the attorney for the Government.  The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: 9/18/2006



Judge Marilyn H. Patel