GARRICK S. LEW (State Bar No. 61889)
LAW OFFICE OF GARRICK S. LEW
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

Attorneys for Defendant
Tony Cheng

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>        vs.<br>TONY CHENG,<br>                    Defendant. | CR 06–0430 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161** |

The United States, through its counsel Stacy Geis, and defendant Tony Cheng, through his counsel Garrick S. Lew, hereby agree and stipulate to continue the hearing in this case scheduled for November 6, 2006, 10:00 a.m. to the new date of December 4, 2006, at 10:00 a.m. for case status and motion setting. The parties further stipulate that the Court may exclude the period of time from November 6, 2006 through and including December 4, 2006 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

The parties have spoken and agreed and request that the Court vacate the November 6, 2006 case status hearing and continue defendant's hearing to December 4, 2006, at 10:00 a.m. for case status and further setting.

SO STIPULATED.

Dated: November 4, 2006

GARRICK LEW
Counsel for Tony Cheng

1

Dated: _____    \_\_\_\_/S/_____
                                Stacey Geis
                                Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties IT IS HEREBY ORDERED that the hearing scheduled for November 6, 2006, at 10:00 a.m. be vacated and that the parties appear on December 4, 2006 at 10:00 a.m. for status hearing and further setting in this case.

Pursuant to Title 18, United States Code, section 3161(h) the Court excludes the period of time from November 6, 2006 through and including December 4, 2006 from the computation of the period of time within which the trial must commence. The Court FINDS that the ends of justice served by the delay outweigh the best interest of public and the defendants in a speedy trial. The Court bases this finding on the need to afford defense counsel additional time to complete a mental competency of defendant and to analyze forensic data derived therefrom and to prepare to file pretrial motions.

Good cause appearing, **It is so ordered**.

DATED: 11/24/06

_____
Honorable Marilyn Hall Patel
United States District Judge

2