KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0430-MHP |
|     Plaintiff, ) | |
|     v. ) | **STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME** |
| TONY CHENG, ) | |
|     Defendant. ) | |

    The defendant came before the Honorable Marilyn Hall Patel for a status hearing on December 4, 2006. The matter was set over to February 5, 2007 at 10 a.m. before the Honorable Marilyn Hall Patel for further status. The parties including the defendant agreed, and the Court found, that the time between December 4, 2006 and February 5, 2007, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(I), (h)(8)(A) and (h)(B)(iv), as stated in Court and in the stipulation. The parties agree that the continuance from December 4, 2006 to February 5, 2007 is necessary for purposes of continuity of defense counsel and to allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and taking into account certain sensitive issues raised during the proceeding. Defense attorney needs the time to meet with his client in order to effectively prepare the case. The parties agree that the ends of justice are served by granting the

requested continuance, and the requested continuance outweighs the best interest of of the public and the defendant in a speedy trial.

DATED:  December 26, 2006         /S/ Stacey P. Geis
                                  STACEY P. GEIS
                                  Assistant United States Attorney

DATED:  December 29, 2006         /S/ Garrick S. Lew
                                  GARRICK S. LEW
                                  Counsel for Tony Cheng

## ORDER

For the foregoing reasons, and for the reasons stated on the record at the December 4, 2006 hearing in this matter, the Court HEREBY ORDERS the period between December 4, 2006 and February 5, 2007 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(1)(I), (h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the need for continuity of defense counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:   1/8/07
                                  _____
                                  MARILYN HALL PATEL
                                  United States District Judge