1  GARRICK S. LEW  SBN # 61889
   Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street Suite 329 E
   San Francisco, CA 94103
3  Telephone:   (415) 788-9000
   Fasimile:    (415) 522-1506
4
   Attorney for Defendant
5  TONY H. CHENG

FILED

FEB 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR 06-0430 MHP |
| vs. | ) | |
| TONY H. CHENG, | ) | EXPARTE REQUEST FOR AUTHORIZATION FOR PRETRIAL SERVICES TO EXPLORE DRUG AND PSYCHIATRIC TREATMENT PROGRAMS FOR DEFENDANT and [~~PROPOSED~~] ORDER |
| Defendant. | ) | |

Defendant Tony Cheng was taken into federal custody on Tuesday February 14, 2007 pursuant to the bench warrant issued by the court on February 5, 2007 for his failure to appear at the status conference. The court is in receipt of information that defendant has mental health problems and there is recent information that defendant may also have substance abuse issues as well.

Counsel for defendant has been in regular contact with Pretrial Services Officer Michelle Nero since the issuance of the court's bench warrant regarding defendant's apprehension and transfer into federal custody. Pretrial services has also been provided with defendant's Preliminary Findings regarding his mental health and has also been made aware of defendant's possession of Methamphetamine at the time of a recent state court arrest.

Pretrial Services Officer Michelle Nero requests permission of the court to begin exploring various residential treatment programs that have dual-diagnosis capability of addressing defendant's

1

1  mental health and substance abuse issues. Defendant's treating neuropsychologist Karen Bronk Froming
2  will collaborate with Pretrial Services regarding defendant's mental health needs in terms of treatment.
3  Defendant's next court appearance is scheduled for February 26, 2007 at 10 a.m. before the court.
4  Defendant, through counsel, requests authorization for Pretrial Services to begin work on finding a
5  suitable residential treatment program before the next court appearance.
6  Counsel has discussed this request with AUSA Staci Geis and the government has no objection
7  to the request for authorization.
8  Dated: February 14, 2007

_____
Garrick S. Lew
Attorney for Defendant Tony Cheng

### ORDER

The court having reviewed the EX PARTE request for authorization for Pretrial Services to begin work on determining suitable mental health and substance abuse treatment programs;

Good cause appearing;

IT IS HEREBY ORDERED that Pretrial Services is authorized to begin work on determining suitable mental health and substance abuse treatment programs for defendant Tony Cheng.

Dated: 2/15/07

_____
Honorable Marilyn Hall Patel
United States District Court Judge

2