GARRICK S. LEW  SBN # 61889
Law Offices of Garrick S. Lew & Associates
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone:   (415) 788-9000
Fasimile:    (415) 522-1506

Attorney for Defendant
TONY H. CHENG

**FILED**

FEB 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TONY H. CHENG,

        Defendant.

CR 06-0430 MHP

ORDER ALLOWING CONTACT VISITS

The court orders that realtor DONA CROWDER with Pacific Union GMAC Real Estate may have contact visits with defendant to provide assistance to defendant in handling various urgent real estate matters.

Dated: February 13, 2007

                                MARIA-ELENA JAMES
United States Magistrate Judge