GARRICK S. LEW  SBN # 61889
Law Offices of Garrick S. Lew & Associates
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone:     (415) 788-9000
Fasimile:       (415) 522-1506

Attorney for Defendant
TONY H. CHENG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR 06-0430 MHP |
| vs.  ) | |
| ) | [Proposed] ORDER AUTHORIZING PRETRIAL |
| TONY H. CHENG, ) | SERVICES TO PLACE DEFENDANT |
| ) | IN  DRUG AND PSYCHIATRIC TREATMENT |
| Defendant. ) | PROGRAM |
| ) | |
| ) | |

   Defendant Tony Cheng was taken into federal custody on Tuesday February 14, 2007 pursuant to the bench warrant issued by the court on February 5, 2007 for his failure to appear at the status conference.  The court is in receipt of information that defendant has mental health problems and there is recent information that defendant may also have substance abuse issues as well.

   On February 26, 2007, Peter Budlong, director of New Bridge Foundation, Inc., a federally approved substance abuse treatment program, interviewed defendant at the United States Marshall holding facility regarding program eligibility requirements.  Mr. Budlong obtained necessary intake information from defendant and determined that defendant TONY H. CHENG was eligible for admission into the New Bridge Foundation residential live-in program.  Mr. Budlong has informed Pretrial Services that a bed space would be available for defendant on Wednesday February 28, 2007. Pre-trial Services approves defendant being placed at New Bridge Foundation residential live-in program

1

1 for substance abuse and mental health evaluation and treatment.

2     Pretrial Services requests that defendant TONY H. CHENG be ordered to appear before the duty
3 Magistrate on Wednesday February 28, 2007 at 9:30 a.m. for further hearing on possible terms and
4 conditions of pretrial release including placement at New Bridge Foundation live-in residential program.

5

6     **ORDER**

7     The court having considered the substance abuse and mental health issues of Defendant TONY
8 H. CHENG, the recommendations of Pretrial Services and evaluation of New Bridge Foundation director
9 Peter Budlong; good cause appearing;

10     IT IS HEREBY ORDERED that Pretrial Services is authorized to place defendant TONY H.
11 CHENG at New Bridge Foundation residential live-in program.

12     IT IS FURTHER ORDERED that the United States Marshall Service roll up and transport
13 defendant TONY H. CHENG from the San Francisco County Jail to the duty Magistrate on Wednesday
14 February 28, 2007 at 9:30 a.m. for further hearing and decision on possible terms and conditions of
15 pretrial release, posting of replacement surety by defendant's parents and placement in New Bridge
16 Foundation program for mental health and substance abuse treatment as a condition of pretrial release.
17 The US Marshal Service, after this appeance before the Magistrate Judge, shall release Tony H. Cheng to a representative of the New Bridge Program, and only to such person .

18 Dated: 2/27/2007



Honorable Marilyn H. Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel