GARRICK S. LEW (State Bar #61889)
Law Offices of Garrick S. Lew & Associates
600 Townsend Street, Suite 329E
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

Attorneys for Defendant
TONY CHENG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-0430 MHP |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | EXONERATING PROPERTY BOND |
| TONY CHENG, ) | ON DEPOSIT WITH THE COURT |
| ) | |
| Defendant. ) | |

      The parties hereby stipulate, through their respective counsel, STACY GEIS, Assistant United States Attorney for plaintiff United States of America and GARRICK S. LEW, attorney for defendant TONY CHENG, that defendant's property bond may be exonerated at this time. The parties agree that the following deed of trust for the following described properties are to be released by the Clerk of the Court:

      Short form deed of trust and assignment of rents in favor of RICHARD WIEKING, Clerk of the United States District Court for the real property located at 1498 Willard Street, San Francisco, CA 94117, executed by TONY H. CHENG, trustor. Said short form deed of trust and assignment of rents was recorded in San Francisco County on July 14, 2006, instrument no. 2006I212088.

DATED: February 26, 2007

_____/s/_____
Stacey Geis
Assistant United States Attorney

DATED: February 26, 2007

_____/s/_____
GARRICK S. LEW
Attorney for Defendant TONY CHENG

<u>ORDER</u>

Based upon the above stipulation of the parties, good cause appearing,

**IT IS HEREBY ORDERED** that the above described property be exonerated as surety for bail in the instant action.

**IT IS FURTHER ORDERED** that defense counsel Garrick S. Lew prepare a Reconveyance of the Deed of Trust form for the property to be exonerated. Upon receipt of the instant order and the Reconveyance of the Deed of Trust for the property, the Clerk of the United States District Court, as beneficiary under the deed of trust shall the Clerk of the Court as Trustee shall reconvey the described property to TONY H. CHENG who originally pledged said property as bail. The Clerk of the Court shall then send the Reconveyance of Deed of Trust with each Original Deed of Trust on the property to Garrick S. Lew  Esq., 600 Townsend Street, Suite 329E, San Francisco, CA  94103, for recording of the Reconveyance in the appropriate county.

DATED: 2/27/2007

_____
The Hon. M
United States

IT IS SO ORDERED
Judge Marilyn H. Patel