# UNITED STATES DISTRICT COURT

for the

## Northern District of California

**U.S.A. vs Tony Cheng**     **Docket No. CR06-0430 MHP**

### Petition for Arrest Warrant and Supporting Affidavit

FILED
MAR - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, Michelle Nero, a U. S. Pretrial Services Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

1. The above-referenced defendant is charged in an Indictment with violations of Title 18, United States Code, Section 1341 - Mail Fraud.

2. On July 11, 2006, the defendant was released by the Honorable Nandor J. Vadas, U. S. Magistrate Judge, on a $250,000 secured bond with the following special conditions:

    *1) The defendant shall report to Pretrial Services as directed;*
    *2) The defendant shall not travel outside of the Northern District of California but may travel throughout the Continental U. S. For business purposes only with prior approval of Pretrial Services;*
    *3) The defendant shall surrender his passport and not apply for any new passports or travel documents;*
    *4) The defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment;*
    *5) The defendant shall not possess any firearm, destructive device or other dangerous weapon;*
    *6) The defendant shall not change residence without prior approval from Pretrial Services; and*
    *7) The defendant shall refrain from excessive use of alcohol and shall not use or possess any narcotic or other controlled substance without al legal prescription.*

3. According to court documents, Your Honor issued a bench warrant for the defendant's arrest on February 5, 2007, after he failed to appear at a status conference.

PAGE 2 OF 3
PETITION FOR ARREST WARRANT AND SUPPORTING AFFIDAVIT
RE:   CHENG, TONY                                DOCKET#: CR06-0430 MHP

4. On February 14, 2007, the defendant was taken into federal custody by the U.S. Marshals Service pursuant to the aforementioned bench warrant.

5. On February 15, 2007, the Court signed an order authorizing Pretrial Services to have the defendant assessed for suitability in a mental health and substance abuse program;

6. On February 26, 2007, Mr. Peter Budlong, the facility director for the New Bridge Foundation, interviewed the defendant and found him acceptable for placement in their program.

7. On February 27, 2007, Your Honor ordered the defendant released to the New Bridge Foundation program in Berkeley, California, to participate in dual diagnoses treatment.

8. On February 28, 2007, the defendant appeared before U. S. Magistrate Judge Maria Elena James for bond signing and the setting of the following release conditions:

   *1)The defendant shall participate in the dual-diagnosis program at the New Bridge Foundation;*
   *2) The defendant shall report to Pretrial Services as directed;*
   *3) The defendant shall not travel outside of Alameda and San Francisco counties;*
   *4) The defendant shall surrender his passport and not apply for any new passports or travel documents;*
   *5) The defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment;*
   *6) The defendant shall not possess any firearm, destructive device or other dangerous weapon;*
   *7) The defendant shall submit to a warrantless search of his person, place of residence and vehicle at the direction of Pretrial Services:*
   *8) The defendant shall not change residence without prior approval from Pretrial Services;*
   *9) The defendant shall not use alcohol; and shall not use or possess any narcotic or other controlled substance without al legal prescription; and*
   *10) The defendant shall submit to drug, alcohol and mental health counseling, and submit to drug and alcohol testing as directed by Pretrial Services.*

9. On March 3, 2007, this officer received verbal notification from Mr. Peter Budlong of the New Bridge Foundation in Berkeley, California, that the defendant had been observed by staff walking on a balcony railing some twenty-five feet above the ground at one of their buildings. Consequently, the defendant was transported immediately to the John George Psychiatric Hospital in San Leandro, California, for observation and safety reasons.

**PAGE 3 OF 3**
**PETITION FOR ARREST WARRANT AND SUPPORTING AFFIDAVIT**
**RE:   CHENG, TONY**                                    **DOCKET#: CR06-0430 MHP**

Based on the foregoing, there is probable cause to believe the defendant poses a risk of non-appearance and a danger to himself. As such, I ask the Court to issue a no bail warrant for his arrest.

Respectfully,

*[signature]*
Michelle Nero
U. S. Pretrial Services Officer

Place **San Francisco, CA**
Date **March 5, 2007**

Approved by,

*[signature]*
Allen Lew, Supervising
U. S. Pretrial Services Officer

---

Having considered the information set forth above,

THE COURT ORDERS:

☑   The issuance of a no bail warrant for the defendant's arrest so that s/he may be brought before the Court to show cause why his/her bail should not be revoked.

☐   Other:

_____
_____
_____
_____

March 5, 2007
**Date**

*[signature]*
Honorable Marilyn H. Patel
U. S. District Judge