GARRICK S. LEW  SBN # 61889
Law Offices of Garrick S. Lew & Associates
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone:   (415) 788-9000
Fasimile:      (415) 522-1506

Attorney for Defendant
TONY H. CHENG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> TONY H. CHENG, ) <br> ) <br> Defendant. ) <br> ) | CR 06-0430 MHP <br><br> [Proposed] ORDER AUTHORIZING DISPENSING of RISPERIDAL MEDICATION |

The court is also in receipt of neuropsychologist KAREN FROMING PhD, ABPP preliminary findings of March 12, 2007 which reports that defendant TONY CHENG is currently receiving Risperidal, an anti-psychotic medication at Santa Rita County Jail.  Dr. FROMING believes that Risperidal should continue to be dispensed and defendant has informed the court that he wishes to continue taking Risperidal and believes that the medication is helping him cope with his current problems.

**ORDER**

The court having received information regarding mental health issues of Defendant TONY H. CHENG; good cause appearing;

IT IS HEREBY ORDERED that the medical staff at Santa Rita County jail continue to dispense Risperidal to defendant TONY CHENG as medically necessary.

1

March 20, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel