1  GARRICK S. LEW  SBN # 61889
   Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street Suite 329 E
   San Francisco, CA 94103
3  Telephone:    (415) 788-9000
   Fasimile:     (415) 522-1506
4
   Attorney for Defendant
5  TONY H. CHENG

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )
                                        )
12              Plaintiff,              )     CR 06-0430 MHP
          vs.                           )
13                                      )     [Proposed] ORDER AUTHORIZING
   TONY H. CHENG,                       )     KAREN FROMING PhD, ABPP
14                                      )     TO HAVE CONTACT VISITS WITH
                Defendant.              )     DEFENDANT
15                                      )
   _____ )
16

17         Defendant Tony Cheng was taken into federal custody on Tuesday March 5, 2007 pursuant to

18 a bench warrant issued by the court after defendant was sent to John George Psychiatric Clinic on March

19 3, 2007 by staff at New Bridge Foundation.  Pretrial Services officer Michelle Nero informed the court

20 that defendant's mental health problems were serious in nature and beyond the dual diagnosis services

21 available at New Bridge Foundation.

22         The court has received and reviewed a March 12, 2007 report prepared by neuropsychologist

23 KAREN FROMING PhD, ABPP regarding the mental health of defendant Tony Cheng.  Defendant's

24 counsel, Garrick S. Lew, has informed the court that the defense cannot proceed until the issue of

25 defendant Tony Cheng's mental competency is determined pursuant to 18 USC 4241(a)

26         KAREN FROMING PhD, ABPP is available and willing to conduct a mental competency

27 evaluation of defendant if granted access to defendant by the court.

28
                                                    1

# ORDER

The court having received information regarding mental health issues of Defendant TONY H. CHENG; good cause appearing;

IT IS HEREBY ORDERED that KAREN FROMING PhD, ABPP, neuropsychologist, is permitted to have visits with defendant TONY CHENG including contact visits when such facilities are available to conduct a mental competency evaluation of defendant.

Dated: March 20, 2007



_____
Honorable
United States

2