SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (4l5) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0430 MHP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| TONY CHENG, | ) | |
| Defendant. | ) | |

    With the agreement of the parties in open court on March 13, 2007 and March 20, 2007, and with the consent of the defendant Tony Cheng ("defendant"), the Court enters this order (1) setting a mental competency status hearing on April 3, 2007 at 11:00 a.m. and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 13, 2007 to April 3, 2007. The parties agree, and the Court finds and holds, as follows:

    1.    The parties appeared before the Court on March 13, 2007 for a status conference. The question of the defendant's mental health status was before the Court on that date. Karen Froming, Ph.D., appeared with a typed report of her opinions from two interviews she had conducted of the defendant on February 18, 2007 and March 12, 2007. Dr. Froming recommended that the defendant be treated on an in-patient basis for at least 60 days, and then monitored on an out-patient basis. Defense counsel also stated that he was trying to seek

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0430 MHP]

1  treatment for the defendant at a facility in Ohio.  The Court continued the matter to March 20,
2  2007 for further proceedings to address the defendant's mental health, the defendant's custody
3  location, and other issues.
4        2.     Through counsel in open court on March 20, 2007, the defendant formally
5  initiated his request to determine his mental competency under 18 U.S.C. § 4241(a).  The Court
6  ordered that Dr. Karen Froming conduct a competency evaluation of the defendant.  The Court
7  set a mental competency status hearing for April 3, 2007.
8        3.     Based on the foregoing, the Court finds and holds that the period between March
9  13, 2007 and April 3, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).
10 Cf. United States v. Stone, 813 F.2d 1536, 1539 (9th Cir. 1987) (noting that entire time from
11 filing of notice of intent to raise insanity defense to delivery of report of government's
12 examination to defendant was properly excluded under § 3161(h)(1)(A)); United States v.
13 Williams, 197 F.3d 1091, 1094 (11th Cir. 1999) (noting that exclusions in § 3161(h)(1)(A)–(J) are
14 "automatic" and thus require no additional findings by the court).
15       4.     Accordingly, and with the consent of the defendant, the Court (1) sets a mental
16 competency status hearing for April 3, 2007 at 11:00 a.m. and (2) orders that the period from
17 March 13, 2007 to April 3, 2007 be excluded from Speedy Trial Act calculations under 18
18 U.S.C. § 3161(h)(1)(A).
19
20 IT IS SO ORDERED.
21
22 DATED: March 20, 2007



[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0430 MHP]       -2-