1 | GARRICK S. LEW  SBN # 61889
Law Offices of Garrick S. Lew & Associates
2 | 600 Townsend Street Suite 329 E
San Francisco, CA 94103
3 | Telephone:   (415) 788-9000
Fasimile:      (415) 522-1506
4 |
Attorney for Defendant
5 | TONY CHENG

**FILED**

APR - 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )   CR No. 06-0430 MHP
    vs.                   )
                          )   SPECIAL CONDITIONS OF PRETRIAL
TONY CHENG,               )   RELEASE and [Proposed] ORDER
                          )
        Defendant.        )
_____)

In addition to the standard CONDITIONS OF RELEASE AND APPEARANCE, defendant is subject to the following special conditions of release;

1.      Defendant shall be released to the custody of his parents KAM CHENG and KWOKPING CHENG who will each serve as custodians of the court to enforce the standard and special conditions of pretrial release.

2.      Custodians KAM CHENG and KWOKPING CHENG shall surrender any passports in their names to the clerk of the court as a condition of defendant's release.

2.      Defendant shall reside at 1496-1498 Willard Street, San Francisco, California and shall not change residence without prior approval of Pretrial Services and the court.

3.      Defendant shall remain on 24 hour home detention and electronic monitoring at his residence supervised by Pretrial Services. Pretrial Services shall have the right to conduct unannounced visits for purposes of supervision and compliance with all conditions of supervised release. Defendant shall have the right to visit with his medical providers, including but not limited to, psychiatric\psychological

1  treatment and evaluation at University of California San Francisco Medical Center, Department of
2  Psychiatry, Langley-Porter Clinic and to confer with counsel and attorneys with prior approval of Pretrial
3  Services.
4  4.   Defendant shall participate in drug\substance abuse treatment and testing at the direction of
5  Pretrial Services.
6  5.   Defendant shall submit to a warrantless search of his person, place of residence and vehicle at
7  the direction of Pretrial Services.
8  6.   Defendant shall take all medication as prescribed by his treating physicians.
9  7.   Sureties KAM CHENG and KWOKPING CHENG shall perfect the deposit of a $100,000
10 property bond secured by their residence located at 5817 Hopkins Road, Mentor, Ohio as previously
11 approved by Magistrate Judge Maria-Elena James on February 28, 2007.
12 8.   All CONDITIONS OF RELEASE AND APPEARANCE ordered by Magistrate Judge Maria-
13 Elena James on February 28, 2007 are adopted and shall remain in force and effect excepting the
14 condition that defendant be released to New Bridge Foundation and that New Bridge serve as
15 defendant's custodian.

17 Dated: April _6_, 2007

_____
Kam Cheng, Custodian

19 Dated: April _6_, 2007

_____
Kwokping Cheng, Custodian

      SO ORDERED.

22 Dated: April _6_, 2007

_____
Marilyn Hall Patel
United States District Court Judge