**FILED**

APR - 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Garrick S. Lew (SBN 61889)
   600 Townsend Street, Suite 329E
2  San Francisco, CA 94103
   (415) 575-3588 M
3  (415) 522-1506 F

4  Attorney for Defendant
   TONY CHENG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR 06-0430 MHP |
|---|---|
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] ORDER |
| v. | ) RELEASING DEFENDANT |
| | ) TONY CHENG FROM |
| TONY CHENG, | ) CUSTODY EFFECTIVE |
| Defendant. | ) MONDAY, APRIL 9, 2007 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant TONY CHENG, who is currently being housed at Santa Rita Jail, and whose date of birth is February 10, 1979, be released from the custody of the United States Marshal Service, effective Monday, April 9, 2007.

IT IS FURTHER ORDERED that the United States Marshal Service roll up and transport TONY CHENG to the 20th Floor, prisoner holding facility, of the United Stated District Court building, 450 Golden Gate Avenue, San Francisco, California, on Monday morning, April 9, 2007, so that he can be released from United States Marshall Service custody to the United States Pretrial Services Office.

Dated: April 6, 2007

Marilyn Hall Patel
United States District Court Judge

Release Order
Tony Cheng