1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | CHRISTINA HUA (CSBN 185358)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7534

7 | FAX: (415) 436-7234

8 | Attorneys for Plaintiff

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,           )   No. CR 06-0430-MHP
                                        )
14 |         Plaintiff,                  )
                                        )   **STIPULATION AND**
15 |    v.                               )   **[PROPOSED] ORDER TO CONTINUE**
                                        )   **DATES AND TO EXCLUDE TIME**
16 | TONY CHENG,                         )
                                        )
17 |         Defendant.                  )
        _____)

18

The parties in the above-titled case agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(A), (h)(8)(A) and (h)(B)(iv) from February 6, 2007 to March 12, 2007, and from April 4, 2007 to April 15, 2007. The question of the defendant's mental health competency status is currently before the Court, and the delay was and is necessary for the defendant to be evaluated, treated and further evaluated for mental competency under 18 U.S.C. § 3161(h)(1)(A). The parties agree that a final evaluation of the defendant's mental competency has not yet been completed, and that a delay in the proceedings to allow treatment and further evaluation is necessary to determine the mental capacity of the defendant. The parties agree that the continuance from February 6, 2007 to March 12, 2007, and from April 4, 2007 to April 15, 2007 is also necessary under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to allow defendant reasonable time for effective preparation, and in the interest of justice. The additional time would allow defendant to obtain necessary treatment

and evaluation, and ensure that the defendant is mentally capable in providing assistance to his counsel in preparing a defense. The parties agree that the ends of justice are served by granting the requested continuance, and the requested continuance outweighs the best interest of of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.

DATED: 5-14-07

CHRISTINA HUA
Assistant United States Attorney

DATED: 5-14-07

GARRICK S. LEW
Counsel for Tony Cheng

ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the periods between February 6, 2007 and March 12, 2007 and between April 4, 2007 and April 15, 2007 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(1)(A), (h)(8)(A) and (h)(B)(iv). Time is excluded to allow defendant time to be treated and evaluated by a mental health expert for mental competency. The Court further finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the need to ensure that the defendant is competent in assisting defense counsel to prepare a defense. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: May 14, 2007

MARILYN HALL PATEL
United States District Judge