KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

CHRISTINA HUA (CSBN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TONY CHENG, ) <br> ) <br> Defendant. ) | No. CR 06-0430-MHP <br><br> **STIPULATION AND** ~~[PROPOSED]~~ **ORDER TO CONTINUE DATES AND TO EXCLUDE TIME** |

    The above-titled case was scheduled on October 2, 2006 at 10 a.m. before the Honorable Marilyn Hall Patel for the entry of guilty plea. The defendant Tony Cheng now requests that the matter be put over to November 6, 2006 for entry of guilty plea, in order for the defense attorney to conduct additional investigation, and to give the defendant time to be mentally evaluated prior to the entry of a guilty plea. The defendant believes that this evaluation and investigation is necessary in order to determine whether there are any grounds for departure which should be contemplated at the time of plea negotiations. The government has no opposition to this request. The parties further agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(A), (h)(1)(I), (h)(8)(A) and (h)(B)(iv). The parties agree that the continuance from October 2, 2006 until November 6, 2006 is necessary for purposes of continuity of defense counsel and to allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Defense

attorney needs the time to investigate in order to effectively prepare the case, find an expert to have his client evaluated, and will also be unavailable for a portion of the time to work on the case given his other commitments. Furthermore, the delay is necessary for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the Government. The parties agree that the ends of justice are served by granting the requested continuance, and the requested continuance outweighs the best interest of of the public and the defendant in a speedy trial.

DATED: 9-29-06

CHRISTINA HUA
Assistant United States Attorney

DATED: 9-29-06

GARRICK S. LEW
Counsel for Tony Cheng

ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the date for the entry of plea be continued from October 2, 2006 to November 6, 2006, and the period between October 2, 2006 and November 6, 2006 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(1)(A), 3161(h)(1)(I), (h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the need for continuity of defense counsel. Time is also excluded to allow defendant time to be evaluated by a mental health expert in order to determine whether additional grounds for departure exists. Time is also excluded to allow the Court time to consider a proposed plea agreement to be entered into by the defendant and the attorney for the Government. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: nunc pro tunc
5/11/2007

IT IS SO ORDERED
Judge Marilyn H. Patel