1    SCOTT N. SCHOOLS (SC 9990)
     United States Attorney
2
3    W. DOUGLAS SPRAGUE (CABN 202121)
     Acting Chief, Criminal Division
4    CHRISTINA HUA (CSBN 185358)
     Assistant United States Attorney
5
6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7534
         Fax: (415) 436-7234
8    Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12   UNITED STATES OF AMERICA,          )      No. CR 06-0430-MHP
                                        )
13           Plaintiff,                 )
                                        )
14       v.                             )      **STIPULATION AND**
                                        )      ~~[PROPOSED]~~ **ORDER TO CONTINUE**
15   TONY CHENG,                        )      **DATES AND TO EXCLUDE TIME**
                                        )
16           Defendant.                 )
                                        )
17   _____)

18       The parties in the above-titled case appeared in Court for a status conference on July 9, 2007.

19   As set forth in open court, the parties agree and stipulate that time is properly excluded under the

20   Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(A), (h)(8)(A) and (h)(B)(iv)

21   from July 9, 2007 to July 23, 2007.  The question of the defendant's mental health competency

22   status is currently before the Court, and the delay is necessary for the defendant to be treated and

23   further evaluated for mental competency under 18 U.S.C. § 3161(h)(1)(A).  The parties agree that

24   a final evaluation of the defendant's mental competency has not yet been completed, and that a

25   delay in the proceedings to allow treatment and further evaluation is necessary to determine the

26   mental capacity of the defendant.  The parties agree that the continuance from July 9, 2007 to

27   July 23, 2007 is also necessary under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to allow defendant

28   reasonable time for effective preparation, and in the interest of justice.  The additional time

     would allow defendant to obtain necessary treatment and evaluation, and ensure that the

defendant is mentally capable in providing assistance to his counsel in preparing a defense.  The parties agree that the ends of justice are served by granting the requested continuance, and the requested continuance outweighs the best interest of of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.


DATED: July 16, 2007                           /S/ Christina Hua
                                               CHRISTINA HUA
                                               Assistant United States Attorney


DATED: July 11, 2007                           /S/ Garrick S. Lew
                                               GARRICK S. LEW
                                               Counsel for Tony Cheng

ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the period between July 9, 2007 and July 23, 2007 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(1)(A), (h)(8)(A) and (h)(B)(iv).  Time is excluded to allow defendant time to be treated and evaluated by a mental health expert for mental competency.  The Court further finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the need to ensure that the defendant is competent in assisting defense counsel to prepare a defense.  The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:  July 17, 2007



MARILYN HALL PATEL
United States
IT IS SO ORDERED
Judge Marilyn H. Patel

2