SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CABN 202121)
Acting Chief, Criminal Division

CHRISTINA HUA (CSBN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0430-MHP |
|     Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES AND TO EXCLUDE TIME** |
| TONY CHENG, ) | |
|     Defendant. ) | |

    The parties in the above-titled case appeared in Court for a status conference on July 23, 2007. As set forth in open court, the parties agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(A), (h)(8)(A) and (h)(B)(iv) from July 23, 2007 to August 28, 2007. The question of the defendant's mental health competency status is currently before the Court, and the delay is necessary for the defendant to be treated and further evaluated for mental competency under 18 U.S.C. § 3161(h)(1)(A). The parties agree that a final evaluation of the defendant's mental competency has not yet been completed, and that a delay in the proceedings to allow treatment and further evaluation is necessary to determine the mental capacity of the defendant. The parties agree that the continuance from July 23, 2007 to August 28, 2007 is also necessary under 18 U.S.C. §

3161(h)(8)(A) and (B)(iv), to allow defendant reasonable time for effective preparation, and in the interest of justice. The additional time would allow defendant to obtain necessary treatment and evaluation, and ensure that the defendant is mentally capable in providing assistance to his counsel in preparing a defense. The parties agree that the ends of justice are served by granting the requested continuance, and the requested continuance outweighs the best interest of of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.

DATED: July 23, 2007            /S/ Christina Hua
                                CHRISTINA HUA
                                Assistant United States Attorney

DATED: July 23, 2007            /S/ Garrick S. Lew
                                GARRICK S. LEW
                                Counsel for Tony Cheng

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the period between July 23, 2007 and August 28, 2007 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(1)(A), (h)(8)(A) and (h)(B)(iv). Time is excluded to allow defendant time to be treated and evaluated by a mental health expert for mental competency. The Court further finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the need to ensure that the defendant is competent in assisting defense counsel to prepare a defense. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: July 25, 2007



Judge Marilyn H. Patel