1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CABN 202121)
   Acting Chief, Criminal Division
4  CHRISTINA HUA (CABN 185358)
   Assistant United States Attorney
5
6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7534
7       FAX: (415) 436-7234

8  Attorneys for Plaintiff

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,         )    No. CR 06-0430-MHP
                                     )
14         Plaintiff,                )
                                     )    **STIPULATION AND
15      v.                           )    [PROPOSED] ORDER FOR
                                     )    COMPETENCY EXAMINATION**
16 TONY CHENG,                       )
                                     )
17         Defendant.                )
                                     )
18 _____

19      The parties in the above-titled case appeared in Court for a status conference on July 23,

20 2007. During that hearing, the parties agreed that the defendant Tony Cheng's competency

21 should be re-evaluated, and the defense proposed a candidate to conduct such examination to the

22 government and the Court. Since the time of the hearing, the government has learned that this

23 proposed candidate has conducted very few competency examinations, and has not conducted

24 any such examinations in the last 5 years. The government has also learned from speaking with

25 the defendant's supervising Pretrial Services Officer Victoria Gibson that the correct procedure is

26 for the Court to order a referral to Pretrial Services for a competency examination. Pretrial

27 Services would then select an expert to conduct the competency examination. Therefore, the

28

STIPULATION AND [PROPOSED]
ORDER FOR COMPETENCY EXAMINATION
[CR 06-0430] [MHP]

parties stipulate and request that the Court order such a referral for Pretrial services to find an expert to conduct a competency examination on the defendant.

DATED: July 30, 2007   /S/ Christina Hua
CHRISTINA HUA
Assistant United States Attorney

DATED: July 30, 2007   /S/ Garrick S. Lew
GARRICK S. LEW
Counsel for Tony Cheng

## ORDER

For the foregoing reasons and good cause appearing, it is hereby ordered that Pretrial Services shall arrange for a competency evaluation to be conducted on defendant Tony Cheng. This evaluation shall be limited to the question of competency.

It is further ordered that the results of such evaluation shall be provided to the Court and to counsel for both parties.

IT IS SO ORDERED.

DATED: August 1, 2007

MARILYN HALL PATEL
United States

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED]
ORDER FOR COMPETENCY EXAMINATION
[CR 06-0430] [MHP]            2