SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CSBN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>        Plaintiff,              )<br>                                 )<br>    v.                           )<br>                                 )<br>TONY CHENG,                      )<br>                                 )<br>        Defendant.              )<br>_____) | No. CR 06-0430-MHP<br><br>**STIPULATION AND<br>~~[PROPOSED]~~ ORDER TO CONTINUE<br>DATES AND TO EXCLUDE TIME** |

    A status conference in the above-titled case was scheduled for August 28, 2007 to discuss the competency of the defendant. Yesterday, the parties received from Pretrial Services the results of the competency exam. Based on the results of the competency examination, the parties anticipate that the Court will find the defendant competent to proceed in the criminal case. The parties now request that the status conference be continued from August 28, 2007 to September 17, 2007 for change of guilty plea or motions setting. The Court can also make a finding as to competency at that time.

    The parties agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv) from August 28, 2007 to September 17, 2007. The parties agree that the continuance from August 28, 2007 to September

17, 2007 is necessary under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to allow defendant reasonable time for effective preparation, and in the interest of justice.  This time would allow defense counsel time to carefully explain the proceedings to the defendant, and for the defendant to decide how to proceed.  The parties agree that the ends of justice are served by granting the requested continuance, and the requested continuance outweighs the best interest of of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.

DATED: August 21, 2007       /S/ Christina Hua
CHRISTINA HUA
Assistant United States Attorney

DATED: August 21, 2007       /S/ Garrick S. Lew
GARRICK S. LEW
Counsel for Tony Cheng

ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the period between August 28, 2007 and September 17, 2007 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv).  The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the need to ensure that the defendant is competent in assisting defense counsel to prepare a defense.  The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:  August 23, 2007



MARILYN H. PATEL
Judge Marilyn H. Patel