SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CSBN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0430-MHP |
| ) Plaintiff, ) | |
| ) v. ) | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME** |
| ) TONY CHENG, ) | |
| ) Defendant. ) | |

    The parties in the above-titled case appeared before the Court for a status conference on September 17, 2007. As set forth in open court, the parties agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(A), (h)(8)(A) and (h)(B)(iv) from September 17, 2007 to October 22, 2007. The question of the defendant's mental health competency status is currently before the Court, and the delay is necessary for the expert witness to be questioned about his report. The parties agree that a delay in the proceedings is necessary to allow treatment and to allow the Court to make a finding regarding mental competency, under 18 U.S.C. § 3161(h)(1)(A). The parties agree that the continuance from September 17, 2007 and October 22, 2007 is also necessary under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to allow the parties reasonable time for effective preparation

for the above-titled case, and in the interest of justice to investigate new allegations of misconduct which may impact the above-titled case. The parties agree that the ends of justice are served by granting the requested continuance, and the requested continuance outweighs the best interest of of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.

DATED: September 18, 2007        /S/ Christina Hua
                                 CHRISTINA HUA
                                 Assistant United States Attorney

DATED:  September 17, 2007
                                 GARRICK S. LEW
                                 Counsel for Tony Cheng

ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the period between September 17, 2007 and October 22, 2007 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(1)(A), (h)(8)(A) and (h)(B)(iv). Time is excluded to allow the parties to question the mental health expert about his report and for the Court to make a finding as to the defendant's mental competency. The Court further finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, particularly given the need to ensure that the defendant is competent in assisting defense counsel to prepare a defense. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:  9/19/2007

MARILYN HALL PATEL
United States District Judge

