1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2
3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
4   CHRISTINA HUA (CSBN 185358)
    Assistant United States Attorney
5
6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7534
        FAX: (415) 436-7234
8   Attorneys for Plaintiff

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        )     No. CR 06-0430-MHP
                                     )
14              Plaintiff,           )
                                     )
15          v.                       )     **STIPULATION AND**
                                     )     **[PROPOSED] ORDER TO EXCLUDE**
16  TONY CHENG,                      )     **TIME**
                                     )
17              Defendant.           )
                                     )
18  _____)

19          The parties in the above-titled case appeared before the Court for a status conference on

20  October 22, 2007.  As set forth in open court, the parties agree and stipulate that time is properly

21  excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(A),

22  (h)(8)(A) and (h)(B)(iv) from October 22, 2007 to November 26, 2007.  The question of the

23  defendant's mental health competency status is currently before the Court.  The parties agree that

24  a delay in the proceedings is necessary to allow treatment and to allow the Court to make a

25  finding regarding mental competency, under 18 U.S.C. § 3161(h)(1)(A).  The parties agree that

26  the continuance from October 22, 2007 to November 26, 2007 is also necessary under 18 U.S.C.

27  § 3161(h)(8)(A) and (B)(iv), to allow the parties reasonable time for effective preparation for the

28  above-titled case, and in the interest of justice to investigate new allegations of misconduct.  The

STIPULATION AND
[PROPOSED] ORDER TO EXCLUDE TIME       1

parties agree that the ends of justice are served by granting the requested continuance, and the requested continuance outweighs the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.


DATED: October 30, 2007                     /S/ Christina Hua
                                            CHRISTINA HUA
                                            Assistant United States Attorney


DATED: October 29, 2007                     /S/ Garrick S. Lew
                                            GARRICK S. LEW
                                            Counsel for Tony Cheng


<u>ORDER</u>

        For the foregoing reasons, the Court HEREBY ORDERS that the period between October 22, 2007 and November 26, 2007 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(1)(A), (h)(8)(A) and (h)(B)(iv).  Time is excluded to allow the Court to make a finding as to the defendant's mental competency.  The Court further finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, particularly given the need to ensure that the defendant is competent in assisting defense counsel to prepare a defense.  The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.


IT IS SO ORDERED.

DATED:  10/31/2007

MARILYN HALL PATEL
United States District Judge



STIPULATION AND
[PROPOSED] ORDER TO EXCLUDE TIME        2