SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CSBN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0430-MHP |
| )  Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | [PROPOSED] **ORDER TO EXCLUDE** |
| ) | **TIME** |
| TONY CHENG, ) | |
| ) Defendant. ) | |
| _____ ) | |

      The parties in the above-titled case appeared before the Court for a status conference on November 26, 2007. For the following reasons and the reasons set forth in open court, the parties agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(A), (h)(1)(I), (h)(8)(A) and (h)(B)(iv) from November 26, 2007 to December 17, 2007. The question of the defendant's mental health competency status is currently before the Court. The parties agree that a delay in the proceedings is necessary to allow treatment and to allow the Court to make a finding regarding mental competency, under 18 U.S.C. § 3161(h)(1)(A). The parties also agree that the delay is necessary from consideration of the Court of a proposed plea agreement to be entered into by the defendant and the government, under 18 U.S.C. § 3161(h)(1)(I). The parties further agree that the continuance

1  from November 26, 2007 to December 17, 2007 is necessary under 18 U.S.C. § 3161(h)(8)(A)
2  and (B)(iv), to allow the parties reasonable time for effective preparation for the above-titled
3  case, and in the interest of justice to investigate new allegations of misconduct.  The parties agree
4  that the ends of justice are served by granting the requested continuance, and the requested
5  continuance outweighs the best interest of of the public and the defendant in a speedy trial, taking
6  into account the exercise of due diligence.

8  DATED: November 26, 2007          /S/ Christina Hua
                                     CHRISTINA HUA
9                                    Assistant United States Attorney

12 DATED:  November 26, 2007
                                     GARRICK S. LEW
13                                   Counsel for Tony Cheng

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the period between November 26, 2007 and December 17, 2007 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(1)(A), (h)(1)(I), (h)(8)(A) and (h)(B)(iv).  Time is excluded to allow the Court to make a finding as to the defendant's mental competency and to consider a proposed plea agreement.  The Court further finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, particularly given the need to ensure that the defendant is competent in assisting defense counsel to prepare a defense.  The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: 11/28/2007

IT IS SO ORDERED

Judge Marilyn H. Patel