GARRICK S. LEW (State Bar No. 61889)
LAW OFFICE OF GARRICK S. LEW
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

Attorneys for Defendant
Tony Cheng

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR 06–0430 MHP |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | ) | **MODIFYING PRETRIAL RELEASE** |
| | ) | **CONDITIONS TO ALLOW TRAVEL TO** |
| TONY CHENG, | ) | **STANFORD UNIVERSITY** |
| | ) | |
| Defendant. | ) | |

The United States, through its counsel Tina Hua, and defendant Tony Cheng, through his counsel Garrick S. Lew, hereby agree and stipulate to modify defendant's pretrial release travel restrictions to allow defendant to travel to Stanford University to attend Stanford Continuing Studies classes.

Defendant has discussed the proposed travel modification with pretrial services officer Victoria Gibson and Pretrial Services does not object to the requested travel modification.

SO STIPULATED.

Dated: January 7, 2008

GARRICK LEW
Counsel for Tony Cheng

1

Dated: January 7, 2008         _____/s/_____
                               Tina Hua
                               Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties IT IS HEREBY ORDERED that defendant's pretrial release travel conditions be modified to allow defendant to travel to Stanford University to attend continuing education courses.

Good cause appearing, **It is so ordered**.

DATED:   January  9, 2008

_____
United ~~States Magistrate Judge~~

IT IS SO ORDERED
*/s/ Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

2