JOSEPH P. RUSSONIELLO (CNBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CSBN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0430-MHP |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME** |
| TONY CHENG, | |
| Defendant. | |

    The parties in the above-titled case appeared before the Court for a status conference on December 17, 2007. For the following reasons and the reasons set forth in open court, the parties agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(I), (h)(8)(A) and (h)(B)(iv) from December 17, 2007 to January 14, 2008. The parties agree that the delay is necessary from consideration of the Court of a proposed plea agreement to be entered into by the defendant and the government, under 18 U.S.C. § 3161(h)(1)(I). The parties further agree that the continuance from December 17, 2007 to January 14, 2008 is necessary under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to allow the parties reasonable time for effective preparation for the above-titled case, and in the interest of justice to investigate new allegations of misconduct. The parties agree that the ends of justice are

STIPULATION AND
[PROPOSED] ORDER TO EXCLUDE TIME

served by granting the requested continuance, and the requested continuance outweighs the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.

DATED: December 31, 2007     /S/ Christina Hua
CHRISTINA HUA
Assistant United States Attorney

DATED: December 31, 2007

GARRICK S. LEW
Counsel for Tony Cheng

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the period between December 17, 2007 to January 14, 2008 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(1)(I), (h)(8)(A) and (h)(B)(iv). The Court finds that time is properly excluded as the Court has received a proposed plea agreement and needs the time to consider it. The Court further finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, particularly given the need to ensure that the defendant is competent in assisting defense counsel to prepare a defense. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: January 10, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND
[PROPOSED] ORDER TO EXCLUDE TIME     2