1 | GARRICK S. LEW (State Bar No. 61889)
LAW OFFICE OF GARRICK S. LEW
2 | 600 Townsend Street Suite 329 E
San Francisco, CA 94103
3 | Telephone: (415) 575-3588
Facsimile: (415) 522-1506
4 |
Attorneys for Defendant
5 | Tony Cheng

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR 06–0430 MHP |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | ) | **FOR CONTINUANCE AND EXCLUSION** |
| | ) | **OF TIME UNDER SPEEDY TRIAL ACT,** |
| TONY CHENG, | ) | **18 U.S.C. § 3161** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States, through its counsel Christina Hua, and defendant Tony Cheng, through his counsel Garrick S. Lew, hereby agree and stipulate to continue the hearing in this case scheduled for July 14, 2008, 10:00 a.m. to the new date of July 21, 2008, at 10:00 a.m. The parties further stipulate that the Court may exclude the period of time from July 14, 2008 through and including July 21, 2008 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

The parties have spoken and agreed and request that the Court vacate the July 14, 2008 restitution hearing and continue defendant's hearing to July 21, 2008, at 10:00 a.m.

SO STIPULATED.

Dated: July 1, 2008

GARRICK LEW
Counsel for Tony Cheng

1

Dated: July 1, 2008 _____/s/_____
Christina Hua
Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties IT IS HEREBY ORDERED that the hearing scheduled for July 14, 2008, at 10:00 a.m. be vacated and that the parties appear on July 21, 2008 at 10:00 a.m. for restitution in this case.

Pursuant to Title 18, United States Code, section 3161(h) the Court excludes the period of time from July 14, 2008 through and including July 21, 2008 from the computation of the period of time within which the trial must commence. The Court FINDS that the ends of justice served by the delay outweigh the best interest of public and the defendants in a speedy trial.

Good cause appearing, **It is so ordered**.

DATED: July 3, 2008

_____
Honorable
United

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

2