GARRICK S. LEW (State Bar No. 61889)
LAW OFFICE OF GARRICK S. LEW
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

Attorneys for Defendant
Tony Cheng

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TONY CHENG,<br><br>　　　　　Defendant. | CR 06–0430 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161** |

　　　The United States, through its counsel Christina Hua, and defendant Tony Cheng, through his counsel Garrick S. Lew, hereby agree and stipulate to continue the hearing in this case scheduled for July 21, 2008, 10:00 a.m. to the new date of August 4, 2008, at 11:00 a.m. The parties further stipulate that the Court may exclude the period of time from July 21, 2008 through and including August 4, 2008 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

　　　The parties have spoken and agreed and request that the Court vacate the July 21, 2008 restitution hearing and continue defendant's hearing to August 4, 2008, at 11:00 a.m.

　　　SO STIPULATED.

Dated: July 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　GARRICK LEW
　　　　　　　　　　　　　　　　　　　　　Counsel for Tony Cheng

1

Dated: _____          _____
                                Christina Hua
                                Assistant United States Attorney

# ORDER

Based on the stipulation of the parties IT IS HEREBY ORDERED that the hearing scheduled for July 21, 2008, at 10:00 a.m. be vacated and that the parties appear on August 4, 2008 at 11:00 a.m. for restitution in this case.

Pursuant to Title 18, United States Code, section 3161(h) the Court excludes the period of time from July 21, 2008 through and including August 4, 2008 from the computation of the period of time within which the trial must commence. The Court FINDS that the ends of justice served by the delay outweigh the best interest of public and the defendants in a speedy trial.

Good cause appearing, **It is so ordered**.

DATED: July 21, 2008

                                _____
                                Hon.
                                Uni
                                Judge Marilyn H. Patel

*IT IS SO ORDERED*

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

2