JOSEPH P. RUSSONIELLO (CABN 443322)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CSBN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0430-MHP |
|     Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER RE: RESTITUTION** |
| TONY CHENG, | |
|     Defendant. | |

On August 25, 2008, the parties in the above-titled case appeared before the Court for a restitution hearing. The parties have come to the following agreement regarding restitution:

1. The defendant owes $89,295.82 in restitution, which is due and payable immediately.

2. The Feng Jiang violin labeled "Feng Jeng Ann Arbor 2005" with serial number FJ94 and accompanying generic violin case has been returned to victim Feng Jiang, and Defendant has received $18,000 in credit for the return of the instrument to Feng Jiang. The restitution amount reflects the $18,000 credit for this violin. Victim Feng Jiang shall be considered paid in full as to restitution under this judgment.

3. The United States shall sell at execution all the violins, bows, and cases currently held by the United States Postal Inspector and described as the following:

- Francesco Bissolotti Violin labeled "Frencesco Bissolotti Cremonese fece Cremona Anno 1989"
- J&P Diter, Luthiers Violin, labeled "J.& P. Diter Marseilles 1927"

1 • Francis Kuttner Cremonesium Discipulus SF Violin, labeled "Francis Kuttner Cremonensium Discipulus San Francisco"
• Schryer Violin, labeled "Raymond Schryer Hilton Beach Canada No. 111 2005"
• Eric Grandchamp and Francois Malo Violin Bow stamped "Grandchamp & Malo"
• BAM violin case
• Antique French Violin case

The proceeds of the execution sale shall be applied to satisfy the $89,295.82 restitution judgment owed by defendant.

4.   The restitution amounts and victims are as follows:

| Name and Age | Address | Telephone Number | Amount of Victim's Loss |
|---|---|---|---|
| St. Paul Fire and Marine Insurance Company of Canada (for the Schryer violin) Contact: Diane Szeliga | 77 King Street West Suite 1200 Toronto, Ontario M5H3T9 | (716) 855-5603 (716) 855-5601 | $13,568.62 |
| Raymond Schryer | 1009 Queen Street E Sault Ste. Marie, Ontario, Canada P6A2C2 | (888) 435-3351 | $500.00 |
| Wells Fargo Bank | 85 Cleaveland Road, 1st Floor Pleasant Hill, CA 94523 | | $16,727.20 |
| Certified Capital Corporation, owned by Robert Shamblen, Represented by Spencer Scheer | Scheer Law Group 155 N. Redwood Drive, Suite 100 San Rafael, CA 94903 | | $50,000 |
| Travelers Insurance c/o Penny Miller | 1105 Berkshire Blvd Wyomissing, PA 19610 | 610-736-2587 | $8,000.00 |
| Francis Kuttner | 63 Douglass St. San Francisco, CA 94114-1407 | | $500.00 |
| | | | $89,295.82 |

DATED: September 10, 2008
             /s/
CHRISTINA HUA
Assistant United States Attorney


DATED: September 10, 2008
             /s/
GARRICK S. LEW
Counsel for Tony Cheng

For good cause appearing, IT IS SO ORDERED.

DATED: 9/11/2008

MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel