```
1  JOSEPH P. RUSSONIELLO (CABN 443322)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINA HUA (CSBN 185358)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7534
7       FAX: (415) 436-7234

8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0430-MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **[PROPOSED] ORDER RE:** |
| | ) | **AMENDMENT TO RESTITUTION** |
| TONY CHENG, | ) | **ORDER** |
| Defendant. | ) | |

On August 25, 2008, the parties in the above-titled case appeared before the Court for a restitution hearing and came to an agreement regarding restitution. The parties now agree that the restitution order should be slightly modified so that the black Bobelock violin case, which contained the Schryer Violin, labeled "Raymond Schryer Hilton Beach Canada No. 111 2005", shall not be sold at auction, but will be returned to victim Raymond Schryer to the address listed below:

| Raymond Schryer | 1009 Queen Street E Sault Ste. Marie, Ontario, Canada P6A2C2 | (888) 435-3351 | $500.00 |

//
//

1 | This order only modifies the disposal of the violin case, and not the Schryer violin, nor any other item

DATED: November 13, 2008

_____/s/_____
CHRISTINA HUA
Assistant United States Attorney

DATED: November 11, 2008

_____
GARRICK S. LEW
Counsel for Tony Cheng

For good cause appearing, IT IS SO ORDERED.

DATED:    11/14/08

_____
MARILYN HALL PATEL
United States District Judge