1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  STEPHEN L. JOHNSON (CSBN 145771)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
     Telephone: (415) 436-7161
7    FAX: (415) 436-7169
     stephen.johnson1@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 06-0430-001 MHP
                                     )
15        Plaintiff,                 )
                                     )
16     v.                            )
                                     )
17  TONY CHENG,                      )
                                     )    **STIPULATION FOR ENTRY OF**
18        Defendant.                 )    **DISPOSITION ORDER**
                                     )
19  _____ )
                                     )    **28 U.S.C. § 3205(c)(7)**
20                                   )
   UNITED STATES POSTAL             )
21  INSPECTION SERVICE,              )
                                     )
22        Garnishee.                 )
                                     )
23  _____ )

24        The United States of America, plaintiff, and Tony Cheng, defendant, enter into this

25  stipulation by and through their respective counsel, with reference to the following facts:

26                          **RECITALS**

27        A.      Defendant was ordered to pay restitution in this case.  He owns four valuable

28  violins and one bow, which should be sold to pay the restitution owing to his victims, identified

as follows:

| Name of Instrument | Estimated Value @ Auction |
| --- | --- |
| Francesco Bissolotti Violin labeled "Francesco Bissolotti Cremonese fece Cremona Anno 1989" | $10,000 - $15,000 |
| J&P Diter, Luthiers Violin, labeled "J.&P. Diter Marseille 1927" | $4,000 - 6,000 |
| Francis Kuttner Cremonesium Discipulus SF Violin, labeled "Francis Kutter Cremonensium Discipulus San Francisco" | $10,000 - $15,000 |
| Schryer Violin, labeled "Raymond Schryer Hilton Beach Canada No. 111 2005" | $8,000 - $12,000 |
| Grandchamp & Malo violin bow | $2,000 - $3,000 |

All of which is collectively known as the "Property."

      C.      The parties would like to have the Property sold at auction in a timely way, and would like the Court to enter a Disposition Order under 28 U.S.C. § 3205(c)(7).  The proposed seller is a third party auctioneer Tarisio.com ("Tarisio"), which has estimated the value of the instruments at auction at the amounts set forth above.

      D.      On February 10, 2009, the United States filed its Application for Writ of Continuing Garnishment.  On February 20, 2009, the Court issued its Order Granting Application for Writ of Continuing Garnishment, and on February 26, 2009, the Clerk of the Court issued the Writ of Continuing Garnishment.

      E.      On March 2, 2009, the United States Postal Inspection Service filed an Answer to the Writ of Continuing Garnishment, stating that it had possession of the Property identified above.

      F.      Defendant and his counsel acknowledge having received copies of the Writ of Continuing Garnishment, and defendant acknowledges that he has the right to file a response to the Answer, as well as to claim property as exempt.

**STIPULATION**

1.     The Property shall be sold at public auction, consistent with these procedures:

    a.     The U.S. Marshal's Service may employ a third party, Tarisio, to conduct an online auction of the Property, as follows:

    1)     The auction should be conducted online on May 4 and 5, 2009, or as soon thereafter as practicable;

    2)     Tarisio may be paid a commission of 9% on the first $7,000 of value for the Property, and an amount equal to 2.5% of the excess over $7,000, but below $50,000, and no commission for any sale exceeding $50,000 in price;

    3)     Tarisio shall insure the Property

    4)     Tarisio may make any necessary repairs to the Property (such as rehairs, small gluings, string replacement and the like), and shall be entitled to deduct a reasonable charge for any such repair from the sales proceeds;

    5)     Tarisio may sell the Property at public auction using minimum bids designed to achieve a sales price consistent with the estimates outlined above; and

    6)     The net proceeds of sale, after deduction for any repair costs and any commission authorized above, shall be remitted by Tarisio to the U.S. Marshal's Service immediately.

    b.     The U.S. Marshal's Service or the U.S. Attorney's Office shall be authorized to arrange for the shipment of the Property to Tarisio. If the U.S. Marshal's Service ships the Property, it shall be reimbursed for the costs of shipping the instruments from the sale proceeds.

2.     Upon receipt of the proceeds of the sale of the Property from Tarisio, the U.S. Marshal's Service shall deduct its costs and remit the balance of the proceeds to the Clerk of the Court.

3.     If the U.S. Marshal's Service determines that any of the Property is of little value or burdensome to administer, they may return it to the defendant.

4.     The U.S. Marshal's Service shall be authorized to take any steps to accomplish

1  the sale consistent with the terms of the Disposition Order.

2

3                                    Respectfully submitted,

4                                    GARRICK S. LEW

5

6

7  Dated:  March 3, 2009             Attorney for Defendant

8

9                                    JOSEPH P.  RUSSONIELLO

10                                   United States Attorney

11

12             3/3/09                /s/ Stephen L. Johnson

13  Dated: _____       By: _____
                                     STEPHEN L. JOHNSON
14                                   Assistant United States Attorney
                                     Attorney for United States
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR ENTRY OF DISPOSITION ORDER
CR 06-0430-001 MHP                         -4-

1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2
    JOANN M. SWANSON (CSBN 88143)
3   Chief, Civil Division

4   STEPHEN L. JOHNSON (CSBN 145771)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7161
7       FAX: (415) 436-7169
        stephen.johnson1@usdoj.gov
8
    Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 06-0430-001 MHP
                                      )
15          Plaintiff,                )
                                      )
16      v.                            )
                                      )
17  TONY CHENG,                       )
                                      )    **DISPOSITION ORDER**
18          Defendant.                )
                                      )
19  _____ )    **28 U.S.C. § 3205(c)(7)**
                                      )
20                                    )
    UNITED STATES POSTAL              )
21  INSPECTION SERVICE,               )
                                      )
22          Garnishee.                )
                                      )
23  _____ )

24          The Court, having considered the Stipulation for Entry of Disposition Order, and good

25  cause appearing, hereby APPROVES the stipulation, and enters this disposition order.  It is

26  hereby ORDERED that:

27          1.      The four violins and bow identified in the Stipulation (the "Property") shall be

28  sold at public auction, consistent with these procedures:

a.      The  U.S. Marshal's Service may employ a third party, Tarisio, to conduct an online auction of the Property, as follows:

1)      The auction should be conducted online on May 4 and 5, 2009, or as soon thereafter as practicable;

2)      Tarisio may be paid a commission of 9% on the first $7,000 of value for the Property, and an amount equal to 2.5% of the excess over $7,000, but below $50,000, and no commission for any sale exceeding $50,000 in price;

3)      Tarisio shall insure the Property

4)      Tarisio may make any necessary repairs to the Property (such as rehairs, small gluings, string replacement and the like), and shall be entitled to deduct a reasonable charge for any such repair from the sales proceeds;

5)      Tarisio may sell the Property at public auction using minimum bids designed to achieve a sales price consistent with the estimates outlined above; and

6)      The net proceeds of sale, after deduction for any repair costs and any commission authorized above, shall be remitted by Tarisio to the U.S. Marshal's Service immediately.

b.      The U.S. Marshal's Service or the U.S. Attorney's Office  shall be authorized to arrange for the shipment of the Property to Tarisio.  If the U.S. Marshal's Service ships the Property, it shall be reimbursed for the costs of shipping the instruments from the sale proceeds.

2.      Upon receipt of the proceeds of the sale of the Property from Tarisio, the U.S. Marshal's Service shall deduct its costs and remit the balance of the proceeds to the Clerk of the Court.

3.      If the U.S. Marshal's Service determines that any of the Property is of little value or burdensome to administer, they may return it to the defendant.

1       4.      The U.S. Marshal's Service shall be authorized to take any steps to accomplish

2  the sale consistent with the terms of the Disposition Order.

3       IT IS SO ORDERED.

6  Dated:   3/9/2009

7  _____
   UN___                    ___DGE

8  Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED

DISPOSITION ORDER
CR 06-0430-001 MHP                    -3-